Prepared by State Reporter from Appeal Papers

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.   Not sitting: POUND, J.

---

JAMES M. MORTENSEN, Respondent, *v.* MAGOBA CON-STRUCTION COMPANY, INC., Appellant, Impleaded with Another.

*Negligence — building — general contractor liable for injury to employee of subcontractor injured through giving way of floor installed by another subcontractor.*

*Mortensen* v. *Magoba Constr. Co., Inc.,* 222 App. Div. 773, affirmed. (Argued May 3, 1928; decided May 29, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.   Defendant-appellant was the general contractor erecting a building. Plaintiff was employed by a subcontractor.   Another subcontractor had installed concrete flooring on the first floor and its workmen had placed bags of cement on a portion thereof.   While plaintiff was walking across this floor it gave way and he was precipitated into the cellar, receiving the injuries complained of.

*George J. Stacy* and *James J. Mahoney* for appellant. *Harold R. Medina* and *Jacquin Frank* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.   Not sitting: POUND, J.

37